UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

                                                 ORDER
                                                 05-CR-6025L

          v.

MARQUIS CRAWFORD,

                         Defendant.
_____

      Defendant Marquis Crawford ("Crawford") filed a motion (Dkt. #84), *pro se,* for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) under the provisions of the recently enacted Fair Sentencing Act of 2010. I request the Government to respond to the motion on or before October 12, 2012.

      IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
       September 12, 2012.